# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0006. DARWIN POMPEY v. ARENTRIA MURRAY.

At the request of Arentria Murray, the trial court entered a twelve-month stalking protective order against Darwin Pompey. Pompey filed a motion to aside the protective order pursuant to OCGA § 9-11-60 (d), which the trial court denied. Pompey then filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-117 (640 SE2d 688) (2006). Second, appeals of orders in domestic relations cases, including those that involve family violence,[1] must also be taken by application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals

---

[1] "Family violence" is defined under the Family Violence Act as the occurrence of specified acts, including stalking, "between past or present spouses, persons who are parents of the same child, parents and children, stepparents and stepchildren, foster parents and foster children, and other persons living or formerly living in the same household." OCGA § 19-13-1. Pompey and Murray are parents of the same minor child.

procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, Pompey's failure to file a discretionary application deprives this Court of jurisdiction over this appeal. See id.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   08/05/2024

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*